IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED
MAR 10 2025
CLERK U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

  v.

KENNADI J. CARVER

Case No. 2:25mj45
Corrected Court Date: April 2, 2025

### CRIMINAL INFORMATION

#### COUNT ONE
(Misdemeanor)-Violation No. E7732917

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 24, 2024, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, KENNADI J. CARVER, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: _____
Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Alan.Sides@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Alan.Sides@usdoj.gov

7 March 2025
_____
Date